Reset Form

**FILED**
U.S. District Court
District of Kansas

DEC 19 2020

Clerk, U.S. District Court
By WWWW Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Djuan Phanton Williams
801 East Oklahoma Ave Trailer 13
Ulysses KS 67880
(Enter above the full name of Plaintiff(s))

vs.

**6:20-cv-01357-JWB-GEB**

Case Number 6-20-CV-01357
(To be assigned by Clerk)

Milligan Enterprises Inc
Name

4245 Chambers Dr.
Street and number

Garden City KS 67846
City        State        Zip Code

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

This employment discrimination lawsuit is based on (check only those that apply):

☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.,
for employment discrimination on the basis of race, color, religion, gender, or
national origin.
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first
obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☑ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et
seq., for employment discrimination on the basis of age (age 40 or older).
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination
in Employment Act, you must first file charges with the Equal Employment
Opportunity Commission.*

☑ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq.,
for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with*

*bilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

KS Stat Sec 44-1205 Kansas Equal Pay Act

If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

Street Address, (City/County), (State) (Zip Code)

When did the discrimination occur? Please give the date or time period:

8/03/2020 — 11/04/2020

## ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against Defendant(s) with the Kansas State Commission on Human Rights or the Kansas State Commission on Human Rights?

☐ Yes — Date Filed

☒ No

Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes — Date Filed 11/02/2020

☐ Did you receive a Notice of Right to Sue Letter?

☐ Yes — Please attach a copy of the letter to this complaint.

If you are claiming age discrimination, check one of the following:

☐ 60 days or more have elapsed since I filed my charge of age discrimination with the appropriate agency.
☐ Less than 60 days have elapsed since I filed my charge of age discrimination with

Equal Employment Opportunity Commission

## NATURE OF THE CASE

The conduct complained of in this lawsuit involves (check only those that apply):

- [x] failure to hire me
- [x] termination of my employment
- [x] failure to promote me
- [x] failure to accommodate my disability
- [x] terms and conditions of my employment differ from those of similar employees
- [x] retaliation
- [x] harassment
- [x] reduction in wages
- [x] other conduct (specify):

non compliance with regulations and rules set
forth with interview/orientation, including time
of unemployment up to present date.

Did you complain about this same conduct in your charge of discrimination?

[x] Yes    [ ] No

I believe that I was discriminated against because of (check all that apply):

- [x] my race or color, which is African American
- [ ] my religion, which is
- [ ] my national origin, which is
- [x] my gender, which is [ ] male; [x] female
- [x] my disability or perceived disability, which is
- [x] my age (my birth year) is ____

Did you name the above person(s) in your charge of discrimination?

[x] Yes    [ ] No

State here as briefly and plainly as possible, the essential facts of your claim. Describe
specifically the conduct that you believe is discriminatory and describe how each
defendant is involved in the conduct. Take time to organize your statement; you may use
numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or
to cite cases or statutes.

Please review Disclose EEOC Federal Investigator

U.S. Equal Employment Opportunity Comission
Thole Chone #: (405)666-0383   (405) 231-4354
Fax 405-231-4140 or ROBERT.MEDINA@eeoc.gov
Charge #: 563-2021-00231

(Attach additional sheets as necessary).

The acts set forth in paragraph 10 of this complaint:
- [ ] are still being committed by Defendant.
- [ ] are no longer being committed by Defendant.
- [ ] may still be being committed by Defendant.

Plaintiff
- [x] still works for Defendant. but suspended as of 11/04/2020
- [ ] no longer works for Defendant or was not hired

If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
- [ ] Yes
- [x] No

## REQUEST FOR RELIEF

Based upon the foregoing as stated above, Plaintiff prays that the court grant
(check only those that apply):
- [ ] reinstate/employ Plaintiff
- [ ] re-employ Plaintiff
- [ ] recommend Plaintiff

From court time of complaint $10,000 00

☑ Injunctive relief (please explain):
☑ Monetary damages (please explain): all pay during suspension started with
☑ Costs and fees involved in litigating this case
☑ As additional relief to make Plaintiff whole, Plaintiff

seeks: $1,000,000.°° because of length of time plaintiff attempted to conclude matter out of court

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 0⁹ day of November, 2020.
15, December, 2020        Djuan Williams
_____
Signature of Plaintiff

Djuan Williams
_____
Name (Print or Type)

1301 East Oklahoma Ave Trailer 13
_____
Address

Ulysses, KS 67880
_____
City State Zip Code

(620)952-0697
_____
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designate  ☑ Wichita,  ☐ Kansas City,  ☐ Topeka, Kansas as the location for the trial in
                              (Select One Location)
this matter.

Djuan Williams
_____
Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff request a jury  ☐ Yes    ☐ No
                              (Select One)

Djuan Williams
_____
Signature of Plaintiff